**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **KHAKIM ASLONOV,** § | |
| Petitioner, § | |
| § | |
| v. § | EP-26-CV-00239-DB |
| § | |
| **WARDEN OF THE ERO EL PASO** § | |
| **CAMP EAST MONTANA,** *et al.,* § | |
| Respondents. § | |

**ORDER**

On this day, the Court considered the above-captioned case. On Feburary 24, 2026, Respondents filed a "Joint Status Report," ECF No. 9, advising Petitioner was released from custody.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than March 2, 2026.**

**SIGNED** this **25th** day of **Feburary 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**