IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| KHAKIM ASLONOV,<br>　　Petitioner,<br><br>v.<br><br>WARDEN OF THE ERO EL PASO<br>CAMP EAST MONTANA, *et al.,*<br>　　Respondents. | §<br>§<br>§<br>§　　EP-26-CV-00239-DB<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

On February 12, 2026, this Court issued an "Order," ECF No. 6, granting in part Petitioner Khakim Aslonov's "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241," ECF No. 1, filed on January 29, 2026. On March 2, 2026, the Parties filed a notice, ECF No. 11, advising the Court that they "have conferred, and no issues remain to be resolved." Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that District Clerk **SHALL CLOSE** this case.

**SIGNED** this **3rd** day of **March 2026**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE